IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON,**                                                          **PLAINTIFF**
**#121746**

v.                   **CASE NO: 4:22-CV-00796-JM-JTK**

**DEXTER PAYNE, et al.**                                                **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Robertson's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims, with the exception of his retaliation claims against Defendants Payne, Gibson, Shipman, Carroll, and Washington, and Plaintiff's Eighth Amendment claim against Defendant Shipman, are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Defendants Reed, Straughn, Culclager, Johnson, Harris, Jackson, Blake, Naylor, Hutchinson, Graves, Gardner, and Langston are dismissed as parties to the lawsuit.

3. Plaintiff's motion to strike answer (ECF No. 21) is DENIED.

Dated this 24th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE