IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BOBBY LEE ROBERTSON,                                                              PLAINTIFF
ADC #121746

v.                                        4:22CV00796-JTK

DEXTER PAYNE, et al.                                                              DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED. Plaintiff's claims addressed on summary judgment are dismissed with prejudice. Plaintiff's claims dismissed for failure to state a claim on which relief may be granted are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and any underlying orders dismissing this action is considered frivolous and not in good faith.

Dated this 28th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE